1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                   AT SEATTLE

10   BUNGIE, INC.,

11                          Plaintiff,          Case No.

12        v.                                    COMPLAINT FOR (1) BREACH OF
                                                CONTRACT, (2) COPYRIGHT
13   LUCA LEONE,                                INFRINGEMENT, (3) FRAUD, (4) DMCA
                                                ANTI-CIRCUMVENTION, AND
14                          Defendant.          (5) VIOLATION OF THE WASHINGTON
                                                CONSUMER PROTECTION ACT
15
                                                JURY DEMAND
16

17          Plaintiff Bungie, Inc. ("Bungie"), as and for its complaint against Defendant Luca Leone

18   ("Leone"), respectfully alleges as follows:

19                              **INTRODUCTION**

20          1.      Defendant Leone, who tweets from the handle @inkcel, is a *Destiny 2* user who

21   routinely streams himself using cheats – third-party software used to gain an unfair advantage

22   by players without the skill or integrity to succeed at the game on their own merit and a level

23   playing field, and which ruins the experience of playing *Destiny 2* for Bungie's large

24   community of honest gamers – and who Bungie has repeatedly banned from the game as a

25   result.

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

2.      Leone's use of cheat software also – as alleged in detail below – violates a raft of Federal and state statutes and the express terms of the Limited Software License Agreement ("LSLA") by which Bungie makes *Destiny 2* available to players. And when he repeatedly created new Bungie accounts to play the game after being banned, claiming with each new account creation that he agreed to terms of the LSLA but never intending to abide by those terms, Leone committed serial fraud.

3.      In fact, one of the terms of the LSLA expressly entitles Bungie to ban Leone from playing the game for his cheating. Yet Leone has now made *thirteen* separate accounts in his attempts to evade the ban, and each new account was therefore a separate breach of the LSLA.

4.      Leone has also repeatedly made threats targeting Bungie and its employees, tweeting about his desire to "burn down" Bungie's office building and declaring that specific Bungie employees were "not safe" given Leone's intent to move into their neighborhood.

5.      Moreover, as alleged below, during the course of its investigation of Leone Bungie uncovered *criminal* conduct: Leone is an active member of the "OGUsers" account hacking and selling forum, where he sells (presumably stolen) social media accounts – and also "sells" *Destiny 2* emblems (non-transferable digital art badges obtained by in-game achievements or real-world conduct, which are prized by many players, especially collectors), which is yet another violation of the LSLA.

6.      Bungie's LSLA, which is common to *Destiny 2* and to all of Bungie's online services, prohibits the unauthorized commercial exploitation of *Destiny 2,* and to any digital assets within or connected to *Destiny 2* such as accounts and emblems, therefore each "sale" by Leone of a *Destiny 2* emblem is a violation of the LSLA and a violation of Bungie's copyrights in and to the *Destiny 2* game.

7.      Because *Destiny 2* emblems are non-transferable, (emblems are linked to a Bungie.net account at the time they are awarded,) emblems transferred to an account through

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    any type of account-sharing or account-linking method are transient and subject to removal at

2    any time; therefore each "sale" by Leone also circumvents the technical measures that Bungie

3    employs to award emblems only to their intended recipient and defrauds the user who receives

4    the emblem from Leone.

5        8.    Indeed, among the emblems Leone sells are emblems Bungie makes available

6    only to players who donate to selected charity drives; thus, not only is Leone lining his own

7    pockets in violation of the LSLA, but he is devaluing an award Bungie grants for charitable

8    giving and thereby harming the Bungie Foundation's ability to fund charitable causes.

9        9.    That combination of conduct makes Bungie's decision to bring this lawsuit

10    easy. As Bungie has demonstrated repeatedly, it will not allow its game, its community, or its

11    employees to be abused, defrauded, or threatened. Leone has done all three, and this action is

12    the consequence.

13                      **PARTIES, JURISDICTION AND VENUE**

14        10.    Plaintiff Bungie is a Delaware corporation with its primary place of business at

15    550 106th Avenue NE, Suite 207, Bellevue, Washington 98004.

16        11.    Upon information and belief, Defendant Leone is a California citizen last

17    residing at 1126 Donaldo Court, South Pasadena, California 91030, and, as of the time of this

18    filing, temporarily staying at 11410 NE 2nd Avenue, Vancouver, Washington 97685

19        12.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

20    § 1331, in that Plaintiff asserts claims under federal law, including for copyright infringement,

21    and violations of the Digital Millennium Copyright Act, and supplemental jurisdiction over

22    Bungie's state law claims under 28 U.S.C. § 1367(a).

23        13.    This court has personal jurisdiction over Defendant because Defendant

24    consented to jurisdiction in the state and federal courts in King County, Washington for any

25    dispute between him and Bungie. Leone is a *Destiny 2* player who repeatedly agreed to the

26    terms of *Destiny 2*'s LSLA, **Exhibit 1** hereto, which contains the following forum selection

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  clause: "you agree to submit to the personal jurisdiction of any federal or state court in King
2  County, Washington."

3      14.    Additionally, this court has personal jurisdiction over Defendant pursuant to
4  RCW 26.50.240, the Washington Long-Arm Statute, because the Defendant committed
5  tortious acts that caused Bungie injury in the state of Washington.

6      15.    Venue is proper under 28 U.S.C. § 1391(b)(2), in that a substantial part of the
7  events or omissions giving rise to the claims occurred in this judicial district and Leone has
8  harmed Bungie in this judicial district.

9                                  **BACKGROUND**

10 **I.   *Destiny 2*, Cheat Software, and the LSLA**

11     16.    Bungie is the independent developer, owner, intellectual property rights holder,
12 and distributor of the video game *Destiny 2*, and the *Destiny* Franchise.

13     17.    *Destiny 2* is a shared-world online first-person shooter available across multiple
14 platforms and played by tens of millions world-wide.

15     18.    As explained in detail in the lawsuits Bungie has filed against manufacturers
16 and retailers of cheat software, the shared-world massively-multiplayer nature of *Destiny 2*'s
17 gameplay, and the *Destiny 2* business model – free to play as a base game, with downloadable
18 paid expansions and cosmetic enhancements – combine to make cheating a particularly
19 significant threat to *Destiny 2*'s continued commercial success.

20     19.    To put it simply, Bungie's income depends on an engaged and satisfied player
21 community, and cheat software – with its aimbots that grant perfect aim, "wallhacks" that
22 allow users to shoot competitors through obstacles or track other players' locations, and other
23 unfair competitive advantages – is a direct assault on player satisfaction.

24     20.    When cheating becomes rampant in games and honest players feel like they
25 can't win without cheating, honest players stop playing the game as often (or at all) and are
26 less engaged and interested in paying for additional content when they do.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 4

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

21.     For that reason, Bungie expends considerable effort and resources to prevent cheating: developing and licensing anti-cheat software, employing personnel focused on cheat detection and related issues, and litigating against the sources of cheat software.

22.     And for that reason, Bungie requires *every* user who downloads *Destiny 2* (or creates a new Bungie account to log into the software with) to agree to the LSLA, which expressly prohibits cheating. In executing the LSLA, players specifically agree that they will not, among other things:

- "hack or modify" the game;
- "receive or provide 'boosting services,' to advance progress or achieve results that are not solely based on the account holder's gameplay"; or
- "create, develop, modify, distribute, or use any unauthorized software programs to gain advantage in any online or multiplayer game modes."

23.     Indeed, those agreements are expressly conditions of the license.

## II.     Leone's Accounts, Cheating and Bans

24.     It would be a vast understatement to merely describe Leone as a serial ban evader and cheater.

25.     Leone has repeatedly livestreamed himself cheating at *Destiny 2* on his Twitch channel, miffysworld.

26.     On December 6, 2021, Leone created an account for which he used the display name "!"

27.     On May 22, 2022, Leone's "!" account was banned for cheating after he streamed his use of a cheat suite.

28.     On January 9, 2022, Leone preemptively created a second account, for which he used the display name "GOT 2 GET IT."

29.     That account was banned on May 27, 2022 based on its hardware ID – a vendor-defined identification string that Windows uses to match a device to a driver package,

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 5

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1   and which confirmed that it was being used by Leone.

2          30.     On January 29, 2022, Leone created another backup account, for which he used

3   the display name "HoeAnnihilator."

4          31.     That account was banned on May 22, 2022 after Leone streamed his use of a

5   cheat suite.

6          32.     On May 20, 2022, Leone created another backup account, for which he used the

7   display name "Hoehitter."

8          33.     That account was also banned on May 22, 2022 after Leone streamed his use of

9   a cheat suite.

10         34.     On May 23, 2022, Leone created another account, for which he used the display

11   name "TRAP$TAR MIFFY."

12         35.     That account was banned on May 27, 2022 after Leone streamed his use of a

13   cheat suite.

14         36.     On May 27, 2022, Leone created another account, for which he used the display

15   name "ugl1kgwj4kn7emj."

16         37.     That account was banned on June 8, 2022 after Bungie's internal detection tools

17   caught it cheating.

18         38.     On June 3, 2022, Leone created another account, for which he used the display

19   name "why."

20         39.     That account was banned on June 6, 2022 after Bungie's internal detection tools

21   caught it cheating.

22         40.     On June 6, 2022, Leone created another account, for which he used the display

23   name "gerogetwo."

24         41.     That account was banned on June 7, 2022 after Bungie's internal detection tools

25   caught it cheating.

26

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1      42.     On June 6, 2022, Leone created another account, for which he used the display

2    name "Bungie."

3      43.     That account was banned on June 6, 2022 after Bungie's internal detection tools

4    caught it cheating.

5      44.     On June 8, 2022, Leone created another account, for which he used the display

6    name "bungiemad."

7      45.     That account was banned on June 8, 2022 after Bungie identified it as a ban

8    evasion account.

9      46.     On June 9, 2022, Leone created another account, for which he used the display

10   name "hahahalolxd."

11     47.     That account was banned on June 9, 2022 after Bungie identified it as a ban

12   evasion account.

13     48.     On June 9, 2022, Leone created another account, for which he used the display

14   name "xibaje6864."

15     49.     That account was banned on June 9, 2022 after Bungie identified it as a ban

16   evasion account.

17     50.     On June 10, 2022, Leone created another account, for which he used the display

18   name "Tourney Winner."

19     51.     That account was banned on June 11, 2022 after Bungie identified it as a ban

20   evasion account.

21     52.     Upon information and belief, Leone has created other Bungie accounts which

22   Bungie has not identified and banned.

23     53.     Each time Leone created a new account, he indicated his agreement to the

24   LSLA.

25

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 7

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

III.    **Leone's Threats**

54.    On May 18, 2022, Leone tweeted[1] an image of the employee badge belonging to Dylan Gafner, one of Bungie's community managers, with the hashtag "#NewProfilePic".

55.    There were several replies to Leone's tweet. In a response to one such reply from a user named "smile," Leone tweeted:

> i just realized i'll be moving to a place that's 30 minutes away from dmg [Gafner]

56.    On information and belief, Leone's use of the initials "dmg" referred to Gafner, who uses those initials in his Twitter handle.

57.    Leone then responded to his own tweet: "he is not safe."

58.    On June 10, 2022, Leone tweeted:[2]

> it's a warm summer day in portland and dylan has just woken up from his restless slumber. He rolls over to pick up his phone so he can check twitter as he sees that someone is cheating with his full government name as their bungie id

59.    His follow-up tweet cleared up any confusion about who he was referring to: "DYLAN GAFNER LMDOAOAOAOAO."

60.    On June 27, 2022, Leone made it clear that he was actually moving to Washington, tweeting:

> i booked a flatbed to take my car from cali to washington. they told us the people who had it before us extended their reservation and offered a dolly instead. upon arrival the morons realized i would have to remove my entire driveshaft if i wanted a dolly to work.

---

[1] https://web.archive.org/web/20220713203704/https://twitter.com/inkcel/status/1527109391308050433

[2] https://web.archive.org/web/20220630203813/https://twitter.com/inkcel/status/1535293368892157954

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 8

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

61.     On July 4, 2022, Leone made it clear that his move to Washington State was complete and that he had no intention of ceasing his threats, offering to commit arson in Seattle and offering a discount "if it's bungie hq".



62.     On July 5, 2022, Leone followed up on his previous threats by warning Bungie to "keep [its] doors locked".[3]

---

[3] https://web.archive.org/web/20220705184506/https://twitter.com/inkcel/status/1544362621108817926

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 9

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

63.     On July 13, Leone posted a screenshot of a tweet he had been forced to delete after Twitter suspended his account. The tweet read "twitter celebrities deserve death"[4].



## Delete Tweet

**Tweet 1 of 1**
**Violating our rules against** abuse and harassment.
You may not engage in the targeted harassment of someone, or incite other people to do so. This includes wishing or hoping that someone experiences physical harm.

miffy
@inkcel

@whale_classy twitter celebrities deserve death

Jul 12, 2022, 2:53 PM

64.     Just four days earlier, Leone tweeted an image composed of photographs of three of Bungie's community managers, each of whom have tens or hundreds of thousands of Twitter followers, with the text "This post was fact-checked by real Bungie fanatics" superimposed on top.[5]

## IV.     Leone Boasts About His Cheating and Ban Evasion

65.     Leone has made no attempt to hide his cheating or ban evasion.

66.     On the contrary, he brags about it incessantly from his @inkcel Twitter account, and his pinned tweet links to a series of clips of Leone cheating from his various *Destiny*

---

[4] https://web.archive.org/web/20220714072647/https://twitter.com/inkcel/status/1547251159571632128

[5] https://web.archive.org/web/2/https://twitter.com/inkcel/status/1545879086978871296

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    accounts.

2    67.    For example, on May 27, 2022, the day Bungie banned his TRAP$TAR MIFFY

3    account and he created the new ugl1kgwj4kn7emj account, and in response to a Twitter user

4    asking how often he makes new accounts, Leone tweeted:[6]

5          this is my third account, TECHNICALLYYY i've only been
          banned once bc i logged into another account without resetting ip
6          or anything after i got banned during the cal tournament

7    68.    Later that same day, he tweeted,[7] "i don't think i'll ever get banned from

8    making new accounts lol bungie not smar". A few hours later, he quote-tweeted his own tweet

9    and said, "therefore, stream in a few days. be there or square"[8].

10   69.    Also on May 27, he tweeted[9] "i will cheat on main i think".

11   70.    On June 4, 2022, Leone quote-tweeted a user who tweeted "@inkcel That's guy

12   is cheating and has a bunch of side account ???!!! @BungieHelp @Bungie @A_dmg04

13   @DestinyTheGame 👀" saying "this is true".[10]

14   71.    On June 5, 2022, Leone issued a pair of tweets[11]:

15         it costs 1 US dollar to bypass pinnacle activity verification on d2.

16         bungie, please do better.

17   He later followed up and explained:

18         when the game went free to play, any account without expansions
         (usually cheaters) had to verify a phone number (has to be
19        physical, not something like google voice) to gain access to any
         high level activity like raids or iron banner, trials etc
20

21        buttt you can just pay $1 instead

22   [6] https://web.archive.org/web/20220527140604/https://twitter.com/inkcel/status/1530188478151274496

23   [7] https://web.archive.org/web/20220527230100/https://twitter.com/inkcel/status/1530323060728815618

     [8] https://web.archive.org/web/20220713223717/https://twitter.com/inkcel/status/1530330716810010624
24
     [9] https://web.archive.org/web/20220713223338/https://twitter.com/inkcel/status/1530249787408232449
25
     [10] https://web.archive.org/web/20220714040305/https://twitter.com/inkcel/status/1533166406937632768
26
     [11]https://web.archive.org/web/20220614014602/https://twitter.com/inkcel/status/1533561657670086656

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 11

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

72.     As the conversation continued, he later added[12]:

> my point is more bungie will NEVER be able to stop me if i
> persisted in my actions. ever.

73.     Finally, as if he needed to be even more blunt to drive the point home, he said[13]:

> k let's just remember this all started from a clip of me flying with
> infinite ammo walls and aimbot and then let's stop replying ok? Ok

74.     On June 9, 2022, Leone tweeted "it's been over 2 weeks these guys are so slow[14]" along with a screenshot showing that his account "bugniemad" had been banned from the game:



> **Account Alert for bugniemad - Jun 9, 2022**
>
> **You've been permanently banned in Destiny 2 by the game's developers.**
>
> You can view your Steam account's In-Game Ban status and see a list of games affected by a specific ban by visiting your ban history.
>
> Please see our In-Game Ban Article for more information about how In-Game Bans are applied.

75.     On June 11, 2022, Leone tweeted "7 bans in and still going strong @Bungie battleye is shit took me 30 seconds to get around your silly hardware ban".[15]

76.     On June 12, 2022, Leone responded to a user criticizing him for sharing a video of himself cheating by tweeting[16], "it's okay dmg[17] is my friend he will be fine with you using the clip".

---

[12] https://web.archive.org/web/2/https://twitter.com/inkcel/status/1533578918250221568

[13] https://web.archive.org/web/2/https://twitter.com/inkcel/status/1533698803311579136

[14] https://web.archive.org/web/20220714050647/https://twitter.com/inkcel/status/1535057312578121729

[15] https://web.archive.org/web/20220713204402/https://twitter.com/inkcel/status/1535520381695500289

[16] https://web.archive.org/web/20220612175535/https://twitter.com/inkcel/status/1536044377432199168

[17] "dmg" is a reference to one of Bungie's Community Managers, Dylan Gafner.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 12

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

77.     On July 4, 2022, Leone tweeted:[18]

> k who has ring 1 and wants to hard cheat for world first raid[19] kk
> dm me now kk i love youu @bungie.

## V.     Leone's Emblem and Account Sales

78.     OGUsers.com ("OGUsers") is a website notorious as a marketplace for stolen accounts and other criminal fraud.

79.     Leone is an active member at OGUsers, where he sells Instagram and other social media accounts.

80.     Leone also sells *Destiny 2* emblems and clan names on OGUsers.

81.     On information and belief, Leone also sold Bungie accounts at OGUsers.

82.     Leone purchased from other thieves some of the accounts he resold at OGUsers.

83.     On information and belief, Leone acquired some of the accounts he sold at OGUsers through his own hacking and fraud.

84.     Leone is also a member of other online communities that focus on the illicit sales of *Destiny* emblems.

85.     On information and belief, Leone also bought and sold emblems within those communities.

86.     On July 6, 2022, Leone posted to his @inkcel Twitter account offering "2 $100 donation links for $50 each. Already redeemed mine".

87.     On information and belief, the "donation links" Leone describes are links to download a Bungie emblem that was offered as a reward for donating $100 to the Bungie Foundation, Bungie's charitable organization.

---

[18] https://web.archive.org/web/2/https://twitter.com/inkcel/status/1544083395319238656

[19] *Destiny 2* raids are highly challenging endgame content designed to be completable only by groups of players working cooperatively (a "fireteam"). When Bungie adds a new raid to its game, fireteams around the world spend hours working and racing to be the first team to complete the raid and get recognized as "world first."

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 13

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

VI.   **How Bungie Identified Leone**

88.     On April 6, 2020, Leone created an account named "Knght1y," which he later changed to "inkpai" (the "Inkpai Account"). That same day, Leone created an account named "Niight1y," which he later changed to "inkums" (the "Inkums Account"). Leone logged into both the Inkpai Account and the Inkums Account from the same Playstation 5 video game console.

89.     Both the Inkpai Account and the Inkums Account logged into the *Destiny 2* servers from the IP address 23.241.9.87 (the ".87 Address"). The .87 Address is a residential IP address, assigned by an internet service provider directly to a residence.

90.     Leone's "HoeAnnihilator," "HoeHitter," "TRAP$TAR MIFFY," and "ugl1kgwj4kn7emj" accounts also logged into the *Destiny 2* servers from the .87 Address.

91.     In addition to the .87 address, the "HoeAnnihilator" account logged into the *Destiny 2* servers from the IP address 154.6.26.56 (the ".56 VPN Address"). The .56 VPN Address, unlike the .87 Address, belongs to a Virtual Private Network or VPN, a service used to anonymize IP addresses. On information and belief, VPN services are often used by cheaters and other bad actors to attempt to avoid detection.

92.     The "HoeAnnihilator" account logged in from the .56 VPN address on May 22, 2022, at 12:56 PM; two minutes later, Leone's "!" account logged in from the .56 VPN address on May 26, 2022.

93.     In addition to the .87 Address, the "ugl1kgwj4kn7emj" account also logged into the *Destiny 2* servers from the IP address 185.223.152.34 (the ".34 VPN Address"), which belongs to a Virtual Private Network.

94.     The "ugl1kgwj4kn7emj" account logged in from the .34 VPN Address on June 3, 2022, at 8:08 AM; twenty minutes later, Leone's "why" account logged into the *Destiny 2* servers from the .34 VPN Address on June 3, 2022.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 14

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

95.     The "why" account also logged into the *Destiny 2* servers from the IP address

216.73.163.96 (the ".96 VPN Address"), which belongs to a Virtual Private Network, on

June 6, 2022, at 9:47 AM; ten minutes later, Leone's "Bugnie" account logged into the

*Destiny 2* servers from the .96 VPN address.

96.     The close proximity in time between the VPN logins referenced above indicates

that the logins originated from the same physical location.

97.     When Leone created the Inkpai Account, he did so using the email address

polyblanked@gmail.com.

98.     Leone also entered polyblanked@gmail.com as his email address when he

placed an order for merchandise through the Bungie store. That order was shipped to: Luca

Leone at his Donaldo Court address in South Pasadena, California.

99.     The polyblanked@gmail.com address also appears in the 2021 OGUsers data

breach, associated with a username of "Knight."

100.    Knight sells Bungie emblems on OGUsers, as seen below.



101.    The screenshot above depicts Knight advertising "Donation Link Emblems,"

which are emblems given as a reward for donating to specified charities.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 15

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    102.    On information and belief, these emblem links were obtained by fraud.

2    103.    The post selling Bungie emblems includes the text "tele Akina."

3    104.    On information and belief, this indicates that Knight's address on the Telegram

4    instant messaging and social media service is @Akina.

5    105.    The Telegram account @Akina participates heavily in the "Kiss of Death Chat"

6    located at t.me/kissmarkets (the "Kiss of Death Chat").

7    106.    The Kiss of Death Chat is a marketplace where users can buy and sell

8    usernames for social media, gaming, email, and other types of online accounts.

9    107.    The usernames offered for sale on these forums are often highly desirable and

10   are usually acquired by the sellers through hacking or fraud.

11   108.    On February 17, 2022, the Telegram account @Akina posted "buying @s that

12   look like 'luca' pm me" in the Kiss of Death Chat.

13   109.    On information and belief, this message is intended to convey that @Akina is

14   looking for usernames which resemble the word "Luca" – Luca Leone's first name.

15   110.    In sum:

16   • The polyblanked@gmail.com account is associated with Leone's *Destiny 2* activity,

17     his OGUsers activity with fraudulent emblem and clan name sales, and his full name

18     and his physical address;

19   • All of Leone's *Destiny 2* accounts can be associated with one another, and with

20     Leone;

21   • Leone's Inkcel Twitter Account hosts his harassing threats, his fraudulent emblem

22     sales activity, and evidence of his cheating from his known *Destiny 2* accounts; and

23   • The @Akina Telegram account is associated with both Leone's fraudulent emblem

24     and clan name sales activity at OGUsers and his real name.

25   111.    Thus, the information Bungie has obtained is a closed loop conclusively

26   identifying Luca Leone as the cheater, fraudster, and bad actor threatening its employees,

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 16

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    breaching its contract, and harming its reputation within the community.

2                              **FIRST CAUSE OF ACTION**
3                                  **(Breach of Contract)**

4            112.    Bungie repeats and realleges the allegations of Paragraphs 1-111 of this

5    Complaint as though fully set forth herein.

6            113.    The LSLA is a valid, binding contract between Bungie and each individual

7    player of *Destiny 2*.

8            114.    *Destiny 2* cannot be played unless each individual user agrees to Bungie's

9    LSLA.

10           115.    Upon each user's first login to the game from a new account, the LSLA is

11   displayed in full in the game client.

12           116.    The LSLA is also made easily and readily available on Bungie's website.

13           117.    The Defendant could not have played *Destiny 2* on any account of his if he had

14   not agreed to Bungie's LSLA on his first use of that account.

15           118.    Defendant agreed to the LSLA.

16           119.    The LSLA contains users' agreement that they may not "hack or modify

17   [*Destiny 2*], or create, develop, modify, distribute, or use any unauthorized software programs

18   to gain advantage in any online or multiplayer game modes" (the "Anticheat Provision").

19           120.    The LSLA contains users' agreement that they may not commercially exploit

20   *Destiny 2* or any of its parts (the "Commercial Use Provision").

21           121.    The LSLA also contains users' agreement that they may not "sell, lend, rent,

22   trade, or otherwise transfer any Live Content" (the "Live Content Provision").

23           122.    Defendant's use of cheat software breached the Anticheat Provision of the

24   LSLA.

25           123.    In addition, Leone's OGUsers account has posted offers to sell *Destiny 2*

26   emblems.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 17

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

124.    Upon information and belief, Leone has in fact sold *Destiny 2* emblems.

125.    In so doing, Leone breached the Commercial Use Provision of the LSLA.

126.    Moreover, the LSLA defines Live Content as "content provided to [*Destiny 2*] users (e.g., unlockable content, gear, live events, activities, destinations, accounts, stats, virtual assets, virtual currencies, codes, and achievements) in connection with use of [*Destiny 2*]."

127.    Emblems are virtual assets provided to *Destiny 2* users in connection with their use of *Destiny 2*.

128.    Thus, Leone's sales of *Destiny 2* emblems breached the Live Content Provision of the LSLA.

129.    In addition, the LSLA expressly provides that violations of the Anticheat Provision, Commercial Use Provision, and Live Content Provision entitle Bungie to ban the breaching user and thereby prevent them from accessing *Destiny 2*.

130.    By creating new accounts to circumvent bans imposed by Bungie, Leone violated his agreement that Bungie could prevent him from accessing *Destiny 2* if he breached the LSLA.

131.    As such, each time Leone created a new account to circumvent his ban was a separate breach of the LSLA.

132.    These breaches of the LSLA have damaged Bungie in an amount to be proven at trial.

133.    In addition, Bungie is entitled to preliminary and permanent injunctive relief barring Defendant from continuing his breaching conduct and from carrying out his threats or other harassment against Bungie, its employees or players.

## SECOND CAUSE OF ACTION
### (Fraud in the Inducement)

134.    Bungie repeats and realleges the allegations of Paragraphs 1-133 of this Complaint as though fully set forth herein.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 18

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1        135.    As set forth above, Defendant entered into contract with Bungie each time he

2    signed the LSLA.

3        136.    Upon information and belief, Defendant was aware at all relevant times that the

4    sale of emblems, use of cheat software, streaming of cheating gameplay, and registration of a

5    new account to evade a ban violated the LSLA.

6        137.    Upon information and belief, at the time that he purported to indicate his

7    agreement to the LSLA upon the creation of each of his *Destiny 2* accounts, Defendant

8    intended to breach each and all of these provisions of the LSLA.

9        138.    By indicating his agreement to the LSLA, Defendant represented to Bungie that

10   he intended to abide by the LSLA.

11       139.    Leone's agreement and intent to abide by the LSLA's provisions was material

12   to the contractual relationship between Bungie and Leone, and to Bungie's willingness to allow

13   Leone access to the *Destiny 2* software.

14       140.    Upon information and belief, Defendant's representation to Bungie that he

15   would abide by the LSLA's terms was intentionally false at the time it was made, and each

16   time it was made.

17       141.    Defendant was aware that Bungie would not allow him access to the *Destiny 2*

18   software unless he indicated his agreement to the LSLA.

19       142.    Defendant intended for Bungie to rely on his misrepresentation that he would

20   abide by the LSLA.

21       143.    Bungie was justifiably ignorant to the falsity of Defendant's misrepresentation,

22   as it had no knowledge at the times that Leone indicated his agreement to the LSLA that the

23   anonymous account it was allowing access to the *Destiny 2* software was Leone's, or that the

24   person behind the account had any history of breaching the LSLA or present intent to breach

25   the LSLA.

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 19

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

144.    Bungie relied on Defendant's intentional misrepresentations when he agreed to the LSLA by allowing him access to *Destiny 2* and its community.

145.    Bungie has the right to rely on a user's purported acceptance of the LSLA in allowing the user access to the *Destiny 2* software.

146.    Bungie's reliance on Defendant's misrepresentations damaged it in an amount to be proven at trial.

147.    In addition, Bungie is entitled to preliminary and permanent injunctive relief barring Defendant from creating any new *Destiny 2* account, using any existing account to play *Destiny 2*, and from carrying out his threats or other harassment against Bungie, its employees or players.

## THIRD CAUSE OF ACTION
### (Copyright Infringement)

148.    Bungie repeats and realleges the allegations of Paragraphs 1-147 of this Complaint as though fully set forth herein.

149.    Bungie is the holder of multiple copyright registrations for *Destiny 2,* including Registrations No. TX 8-933-655, TX 8-933-658, and TX 9-130-251 covering the *Destiny 2*, *Destiny 2: Beyond Light*, and *Destiny 2: The Witch Queen* software, and Registrations No. PA 2-282-670 and PA 2-280-030, covering *Destiny 2* and *Destiny 2: Beyond Light* as audiovisual works.[20]

150.    Defendant has infringed Bungie's copyrights in *Destiny 2* in multiple ways.

151.    First, the cheat software Defendant used creates visual elements that are displayed as an overlay on, and within, the Destiny 2 visual display.

152.    The combined audiovisual work displayed by the interaction between Bungie's *Destiny 2* software and the cheat software Leone used is based on – but meaningfully different

---

[20] Bungie's registration of *Destiny 2: The Witch Queen* as an audiovisual work is pending and expected to issue soon.

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1   from – Bungie's copyrighted *Destiny 2* audiovisual work.

2       153.    As such, Leone infringed Bungie's copyright in *Destiny 2* as an audiovisual

3   work each time that he used cheat software to create an unauthorized derivative work of

4   *Destiny 2*.

5       154.    Second, Bungie's license of *Destiny 2* to users is expressly conditioned in the

6   LSLA on the users' agreement not to use cheat software.

7       155.    Upon information and belief, each time that Leone clicked to indicate his

8   agreement to the LSLA in order to obtain access to the *Destiny 2* software, both the first time

9   he downloaded it and as he created new accounts after being banned, he had a then-present

10   intent to violate the conditions of his license and use cheat software in his game play.

11       156.    As such, the purported license was never valid, and each and every time he

12   downloaded and used the *Destiny 2* software he infringed Bungie's copyrights in *Destiny 2*.

13       157.    Moreover, the very first time Leone loaded cheat software as he opened

14   *Destiny 2* after each download, he vitiated the license and his subsequent use of the software

15   and display of the game on his computer or on stream was infringing.

16       158.    Defendants' copyright infringement was willful.

17       159.    As a result of the foregoing, Bungie is entitled to an award of damages in an

18   amount to be proven at trial.

19       160.    Alternatively, Bungie is entitled to statutory damages of $150,000 for each

20   copyrighted work infringed, or in such other amount as may be proper under 17 U.S.C.

21   § 504(c) and an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505.

22       161.    In addition, Bungie is entitled to preliminary and permanent injunctive relief

23   barring Defendant from continuing his infringing conduct and from carrying out his threats or

24   other harassment against Bungie, its employees or players.

25

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 21

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

2

**FOURTH CAUSE OF ACTION**
**(Circumvention of Technological Measures, 17 U.S.C. § 1201(a))**

3      162.    Bungie repeats and realleges the allegations of Paragraphs 1-161 of this

4   Complaint as though fully set forth herein.

5      163.    Bungie is the owner and holder of all intellectual property rights and interests in

6   its games, including all copyrights.

7      164.    Bungie developed in-house and also contracts for extensive anti-cheating

8   technological measures that it put in place precisely to curb the type of software Defendant

9   regularly used.

10      165.    Bungie's mitigation efforts are extensive and ongoing, incorporating efforts

11   such as monitoring player movements for unusually rapid or responsive behavior, monitoring

12   problematic or suspicious player activity, and validating client-generated values to ensure that

13   they are within expected ranges.

14      166.    Bungie also controls what data is and is not visible to *Destiny 2* users. While

15   *Destiny 2*'s servers are aware at all times of the positions of every player and computer-

16   generated enemy or obstacle, the *Destiny 2* client software does not provide all of this

17   information to the player.

18      167.    Instead, the *Destiny 2* client software renders this data such that players have

19   limited information, e.g., cannot see other players' avatars through walls or floors, which has

20   substantial implications for player strategy and behavior; and when it stores information in

21   memory the information is intentionally obfuscated so that players cannot view the information

22   without significant investment in prohibited technical measures.

23      168.    Moreover, consistent with its intention of limiting access to Destiny 2 to those

24   players who comply with the LSLA, Bungie bans accounts of players it catches cheating,

25   denying them further access to *Destiny 2*.

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 22

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

169.    The sole purpose of the cheat software Defendant used is to breach Bungie's technological protection measures, access its functions without authorization, and impair the integrity of the *Destiny 2* software and system.

170.    Defendant regularly uses cheating software specifically designed to circumvent these defenses.

171.    Indeed, circumventing Plaintiff's anti-cheat mitigation technology, which functions to control and limit access to *Destiny 2* either directly or by identifying to Bungie which accounts it must ban, is a primary function of the software Defendant used to cheat.

172.    By using cheat software to access data Bungie engineered the *Destiny 2* software to withhold from players, Defendant bypassed technological measures Bungie put in place to control access to *Destiny 2*.

173.    In addition, Bungie controls access to *Destiny 2* by requiring players to agree to the LSLA before allowing their accounts to access the software, and by banning accounts that violate the LSLA.

174.    In some instances, Bungie enforces bans by relying on hardware ID.

175.    Upon information and belief, Defendant used hardware ID spoofing tools to disguise the hardware ID of the computer from which he was connecting to *Destiny 2* in an attempt to avoid identification as a banned player and regain access to *Destiny 2*.

176.    As such, Bungie is entitled to injunctive relief, an order directing the destruction of all cheating software in Defendant's possession, the deletion all *Destiny 2* and Bungie accounts defendant has created, an award of statutory damages in the maximum amount of $2,500 per instance of Defendant's deployment of cheat software for *Destiny 2*, and Bungie's costs and attorneys' fees pursuant to 17 U.S.C. § 1203(b).

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 23

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

2

### FIFTH CAUSE OF ACTION
### (Violation of the Washington Consumer Protection Act, RCW 19.86.020)

3

4

177.     Bungie repeats and realleges the allegations of Paragraphs 1-176 of this Complaint as though fully set forth herein.

5

178.     Defendant's emblem sales occurred in trade or commerce.

6

179.     Defendant's purchase and use of cheat software occurred in trade or commerce.

7

180.     Defendant's Twitch streams occurred in trade or commerce.

8

181.     As alleged above, Defendant's actions were unlawful.

9

10

11

182.     Moreover, there is a strong public interest in protecting businesses from the unlawful theft and sale of their accounts and products, the copying and disruption of their work, and the harassment of their employees.

12

13

14

183.     As a result of the foregoing, Bungie is entitled to an award of damages in an amount to be proven at trial, and treble damages and attorneys' fees as allowed under the statute.

15

16

### JURY DEMAND

17

18

Pursuant to RCW 3.50.153, Plaintiff demands a trial by jury as to all issues so triable in this action.

19

20

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bungie, Inc., prays for the following relief:

21

22

23

A.     That judgment be entered in Plaintiff's favor against Defendant on all applicable claims;

24

25

26

B.     That Defendant be preliminarily and permanently enjoined from harassing, stalking, or otherwise engaging in unwanted or unsolicited contact with Bungie, its employees, or *Destiny 2* players;

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 24

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

C.      An award to Bungie of restitution and damages, including, but not limited to,

2

compensatory, statutory, punitive damages, and all other damages permitted by

3

law;

4

5

D.      That Bungie be awarded pre-judgement and post-judgment interest on all

6

damages awarded against Defendant;

7

E.      An award to Plaintiff of its costs incurred in this suit as well as reasonable

8

attorneys' fees; and

9

F.      For such other relief as the Court deems just and proper.

10

DATED this 15th day of July, 2022.

11

s/ *Brian W. Esler*

12

Brian W. Esler, WSBA No. 22168
MILLER NASH LLP

13

Pier 70
2801 Alaskan Way, Suite 300

14

Seattle, WA 98121
Telephone: (206) 624-8300

15

Fax: (206) 340-9599
Email: brian.esler@millernash.com

16

Akiva M. Cohen, New York Bar No. 4328969

17

(*pro hac vice* pending)
KAMERMAN, UNCYK, SONIKER

18

& KLEIN, P.C.
1700 Broadway

19

New York, NY 10019
Telephone: (212) 400-4930

20

Email: acohen@kusklaw.com

21

Dylan M. Schmeyer, Colorado Bar No. 50573

22

(*pro hac vice* pending)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.

23

750 W. 148th Ave #4216
Westminster, CO 80023

24

Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

25

Attorneys for Plaintiff

26

4878-7519-6713.1

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 25

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121