The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LUCA LEONE, <br><br> Defendant. | Case No. 2:22-cv-00981-RAJ <br><br> CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule Western District of Washington LCR 7.1, plaintiff Bungie, Inc. ("Bungie") states that it is a corporation, and that Sony Interactive Entertainment, Inc. now owns 10% or more interest in Bungie's stock. No other publicly held corporation owns 10% or more interest in Bungie's stock.

DATED this 21st day of July, 2022.

s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 2:22-cv-00981-RAJ)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

| | |
|---|---|
| 1 | |
| 2 | Akiva M. Cohen, New York Bar No. 4328969 |
| | (Admitted *pro hac vice*) |
| 3 | KAMERMAN, UNCYK, SONIKER |
| | & KLEIN, P.C. |
| 4 | 1700 Broadway |
| | New York, NY 10019 |
| 5 | Telephone: (212) 400-4930 |
| | Email: acohen@kusklaw.com |
| 6 | Dylan M. Schmeyer, Colorado Bar No. 50573 |
| 7 | (Admitted *pro hac vice*) |
| | KAMERMAN, UNCYK, SONIKER |
| 8 | & KLEIN, P.C. |
| | 750 W. 148th Ave #4216 |
| 9 | Westminster, CO 80023 |
| | Telephone: (719) 930-5942 |
| 10 | Email: dschmeyer@kusklaw.com |
| 11 | Attorneys for Plaintiff |
| 12 | 4894-8909-6490.1 |

CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 2:22-cv-00981-RAJ)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121