THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>LUCA LEONE,<br><br>Defendant. | Cause No. 2:22-cv-0981 RAJ<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Philip P. Mann hereby appears as attorney of record for Defendant Luca Leone in the above captioned action. Please serve all further pleadings and papers, exclusive of original process, on Philip P. Mann at the address below.

Dated July 25, 2022

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendant

Notice of Appearance
Cause No. 22-CV-0981-RAJ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: July 25, 2022                                   /s/ *Philip P. Mann*

Notice of Appearance
Cause No. 22-CV-0981-RAJ
Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900