THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>LUCA LEONE,<br><br>Defendant. | Cause No. 2:22-cv-0981 RAJ<br><br>**DEFENDANT'S UNCONTESTED NOTICE OF STATUS AS MINOR CHILD** |

Please take notice that Defendant in the above-captioned matter is a minor child. Accordingly, Defendant respectfully requests that the protections accorded under Local Rule 5.2 be followed in all respects and that the caption in this case be amended accordingly.

Defendant's counsel has discussed the foregoing with counsel for Plaintiff, who, after reviewing evidence that Defendant is a minor, has graciously indicated Plaintiff has no opposition to this Notice.

Dated July 25, 2022

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendant

Notice of Status as Minor
Cause No. 22-CV-0981-RAJ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900