United States District Court
Western District of Washington

| Bungie, Inc. | AFFIDAVIT OF SERVICE |
|---|---|
| Plaintiff | File/Index No.: 22-cv-00981 |
| VS | Issued On: 7/15/2022 |
| Luca Leone | Alt File/Index No.: |
| Defendant | Calendar No.: |

**SERVICE UPON: Luca Leone**

STATE OF Washington, COUNTY OF Clark: ss

Tim Healy being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Washington.

On 7/20/2022 at 8:00 PM at 11410 NE 2nd Avenue, Vancouver, WA 98685, I effected service of process of the following documents: Summons & Complaint upon Luca Leone, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Diana Martin Del Campo, person of suitable age and discretion thereat, a/the co-occupant of/for said Luca Leone.

I describe the recipient at the time of service as follows: Gender: Female Race/Skin: hispanic Age: 40-45 Height: 5'4" Eyes:  Weight: 110 Hair: black

TRACY M. BEVILACQUA
Notary Public
State of Washington
License Number 194117
My Commission Expires
August 02, 2025

Subscribed and sworn before me on

July 26, 2022

Tim Healy
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Order #:R88008

Personal Service by Substitute Delivery No Mailings