THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>L. L.,<br><br>Defendant. | Cause No. 2:22-cv-0981 RAJ<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SUBMIT JOINT STATUS REPORT AND DISCOVERY PLAN**<br>**Noting Date: August 8, 2022** |

IT IS HEREBY STIPULATED by the respective undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court, that time for Defendant to respond to the Complaint shall be extended by thirty (30) days to and including September 9, 2022, and that the times specified in this Court's ORDER REGARDING FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT (Dkt.# 11) each be extended by a period of forty five (45) days, to, and including, respectively, September 22, 2022, September 29, 2022 and October 6, 2022.

Dated August 8, 2022.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendant

Stipulated Motion to Extend Time
Cause No. 22-CV-0981-RAJ
Page 1
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

*/s/ Akiva M. Cohen*
Akiva M. Cohen, New York Bar
No. 4328969 (*pro hac vice*)
KAMERMAN, UNCYK,
SONIKER & KLEIN, P.C.
1700 Broadway
New York, NY 10019
Telephone: (212) 400-4930
Email: acohen@kusklaw.com
Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: August   , 2022

_____

RICHARD A. JONES
United States District Judge

Stipulated Motion to Extend Time
Cause No. 22-CV-0981-RAJ
Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900