THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

L.L.,

Defendant.

Cause No. 2:22-cv-0981 RAJ

**DEFENDANT'S NOTICE OF DISAFFIRMANCE OF CONTRACTS PURSUANT TO RCW §26.28.030**

Pursuant to RCW §26.28.030, Defendant L.L., by and through his undersigned counsel, hereby disaffirms any and all contracts between himself and Bungie, Inc. that existed at any time prior to and including the present, including but not limited to those alleged in the Complaint (Dkt.#1) filed in this action.

Defendant L.L is and remains a minor under RCW §26.28.010. This disaffirmance is timely in that it is made before L.L. has achieved the age of majority, and is consistent with RCW §26.28.030 in that L.L. never received any money or property from Bungie, Inc. that can be restored to Bungie, Inc.

Dated September 8, 2022

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendant

Notice of Disaffirmance
Cause No. 22-CV-0981-RAJ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900