THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.L.,<br><br>Defendant. | Cause No. 2:22-cv-0981 RAJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>**Note on Motion Calendar: September 30, 2022**<br><br>**Oral Argument Requested** |

This Court, having received and reviewed Defendant's Motion To Dismiss :

IT IS HEREBY ORDERED that Defendants' Motion is Granted:

Dated this __ day of _____, 2022.

_____

Hon. Richard A. Jones

Presented by:

MANN LAW GROUP PLLC

Attorneys for Defendant

By:

/*Philip P. Mann*  _____

Philip P. Mann, WSBA # 28860
Mann Law Group PLLC

PROPOSED ORDER
Cause No. 2:22-cv-0981 RAJ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1  403 Madison Ave. N. Ste. 240
   Bainbridge Island, WA 98110
2  (206) 436-0900
   phil@mannlawgroup.com
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Cause No. 2:22-cv-0981 RAJ

Page 2