The Honorable Richard A. Jones

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   BUNGIE, INC.,

11            Plaintiff,                    Case No. 2:22-cv-00981-RAJ

12        v.                               ORDER DENYING DEFENDANT'S
                                           MOTION TO DISMISS
13   L.L.,
                                           [PROPOSED]
14            Defendant.

15

16        This matter having come before the Court upon Defendant's Motion to Dismiss, and the

17   Court, having reviewed the Motion, the plaintiff's Response, any Reply, and the pleadings and

18   filings herein, and being fully informed, now rules as follows:

19        Defendant's Motion is DENIED.

20

21        DATED this _____ day of _____, 2022.

22

23                                         _____

24                                         Richard A. Jones
                                           United States District Court Judge

25

26

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
- 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    Presented by:

2    s/ *Brian W. Esler*

      Brian W. Esler, WSBA No. 22168

3    MILLER NASH LLP

      Pier 70

4    2801 Alaskan Way, Suite 300

      Seattle, WA 98121

5    Telephone: (206) 624-8300

      Fax: (206) 340-9599

6    Email: brian.esler@millernash.com

7    Akiva M. Cohen, New York Bar No.

      4328969 (Admitted *pro hac vic*)

8    KAMERMAN, UNCYK, SONIKER

      & KLEIN, P.C.

9    1700 Broadway

      New York, NY 10019

10   Telephone: (212) 400-4930

      Email: acohen@kusklaw.com

11

12   Dylan M. Schmeyer, Colorado Bar No.

      50573

      (Admitted *pro hac vice*)

13   KAMERMAN, UNCYK, SONIKER

      & KLEIN, P.C.

14   750 W. 148th Ave #4216

      Westminster, CO 80023

15   Telephone: (719) 930-5942

      Email: dschmeyer@kusklaw.com

16

17   Attorneys for Plaintiff

18     4862-2097-6437.1

19

20

21

22

23

24

25

26

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
- 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121