The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

     v.

L.L.,

                Defendant.

Case No. 2:22-cv-00981-RAJ

NOTICE OF SUPPLEMENTAL
AUTHORITY UNDER LCR 7(n)

Pursuant to LCR 7(n), plaintiff Bungie, Inc. submits as supplemental authority the "Ruling on Defendant's Motion to Dismiss" of the United States District Court for the District of Connecticut, in the matter of *Yout, LLC v. Recording Industry Association of America, Inc*., Civ. No. 3:20-cv-1602 (SRU). A copy of the decision is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF SUPPLEMENTAL AUTHORITY UNDER
LCR 7(n) - 1
(Case No. 2:22-cv-00981-RAJ)

4888-6515-6919.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

2

DATED this 6th day of Ober, 2022.

3

s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168

4

MILLER NASH LLP
Pier 70

5

2801 Alaskan Way, Suite 300
Seattle, WA 98121

6

Telephone: (206) 624-8300
Fax: (206) 340-9599

7

Email: brian.esler@millernash.com

8

Akiva M. Cohen, New York Bar No. 4328969
(Admitted *pro hac vic*)

9

KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.

10

1700 Broadway
New York, NY 10019

11

Telephone: (212) 400-4930
Email: acohen@kusklaw.com

12

13

Dylan M. Schmeyer, Colorado Bar No. 50573
(Admitted *pro hac vice*)

14

KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.

15

750 W. 148th Ave #4216
Westminster, CO 80023

16

Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

17

Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

NOTICE OF SUPPLEMENTAL AUTHORITY UNDER
LCR 7(n) - 2
(Case No. 2:22-cv-00981-RAJ)

4888-6515-6919.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121